kin, Chief Legal Officer (Taxation), for respondent.

## ORDER

The petition for writ of certiorari is denied.

## PROVIDENCE JOURNAL COMPANY

v.

## John H. NORBERG, Tax Administrator.

### No. 81–295–M.P.

Supreme Court of Rhode Island.

Oct. 22, 1981.

Edwards & Angell, Edward F. Hindle, Philip B. Barr, Jr., Jeffrey C. Schreck, Providence, for petitioner.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Asst. Atty. Gen., Perry Shatkin, Chief Legal Officer (Taxation), for respondent.

## ORDER

The petition for writ of certiorari is denied.

## PROVIDENCE JOURNAL COMPANY

v.

## John H. NORBERG, Tax Administrator.

### No. 81–137–A.

Supreme Court of Rhode Island.

Oct. 22, 1981.

Edwards & Angell, Edward F. Hindle, Philip B. Barr, Jr., Jeffrey C. Schreck, Providence, for plaintiff.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Asst. Atty. Gen., Perry Shatkin, Chief Legal Officer (Taxation), for defendant.

## ORDER

Since review of the Superior Court judgment in this case should have been sought by petition for certiorari, the defendant's motion to dismiss plaintiff's appeal is granted.

## The WILLIMANTIC TRUST COMPANY

v.

## Edgar PHILLIPS.

### No. 79–278–A.

Supreme Court of Rhode Island.

Oct. 22, 1981.

Rice, Dolan, Kiernan & Kershaw, Thomas C. Plunkett, Providence, for plaintiff.

Davis, Jenckes & Kilmarx, Henry M. Swan, Providence, for defendant.

## ORDER

This case comes before a panel of this court upon an order issued to the plaintiff to appear and show cause why defendant's appeal from the entry of a partial summary judgment should not be sustained in light of *Norberg v. Warwick Liquors*, 107 R.I. 129, 265 A.2d 648 (1970). Pursuant to this order, counsel for the parties argued the matter on October 20, 1981.

After consideration of the briefs filed in the case and the arguments of counsel, we are of the opinion that the affidavit filed by